UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY LEE GRAY,<br><br>    Petitioner,<br><br>      v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent. | Case No.  16-cv-00002-PJH<br><br>**JUDGMENT** |

Pursuant to the order of dismissal signed today this case is dismissed and closed. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED.**

Dated: January 12, 2016

PHYLLIS J. HAMILTON
United States District Judge

\\CANDOAK\Data\Users\PJHALL\_psp\2016\2016_00002_Gray_v_People_of_the_State_of_California_(PSP)\16-cv-00002-PJH-_jud.docx